ANTHONY R. SEGALL (CSB No. 101340)
MICHELE SHERER ANCHETA (CSB No. 192039)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California  91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
E-mail: mancheta@rsglabor.com

Attorneys for Plaintiff Ana M. Hanson

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON,<br><br>Plaintiff,<br><br>v.<br><br>LADERA CONSTRUCTION; and DOES 1-10,<br><br>Defendants. | CASE NO. CV 07-02075 SVW (SSx)<br><br>(Judge Stephen V. Wilson)<br><br>PROPOSED JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1.  That the Arbitration Award issued in this matter by the Southern California Painters and Allied Trades Labor Management Cooperation Commission on January 23, 2007, is confirmed in its entirety;

/ / /
/ / /
/ / /

1

2. That Defendant Ladera Construction will immediately pay the amount of $164,403.27 plus prejudgment interest in the amount of $7,005.95;

3. That Plaintiff recover its cost of suit incurred herein in the amount of $3,532.46 which includes $2,437.50 in attorneys' fees and $1,094.96 in costs.

DATED: 1/15/08

HON. STEPHEN V. WILSON

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 510 South Marengo Avenue, Pasadena, California 91101-3115.

On December 13, 2007, I served the foregoing document described as **PROPOSED JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Sy Fontaine
6516 Bradley Place
Los Angeles, California 90056

[X] **(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. Executed on December 13, 2007.

[ ] **(By Telecopier)**
On December 13, 2007, I telecopied the foregoing document from my telecopy machine, number (626) 577-0124, to the addressee(s) noted above at their indicated telecopier number(s). The transmission report(s) was/were complete and without error.

[X] **(Federal Court)**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
ROSA RODRIGUEZ